UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                    Bankr. Case No. 21-17001-ABA

Frank V. Federico, Jr and Cathy J. Federico                                               Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By /s/ Lorenzo Nunez_____

        Lorenzo Nunez
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                    Bankr. Case No. 21-17001-ABA

Frank V. Federico, Jr and Cathy J. Federico                                               Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 22, 2021 :

Joel R. Spivack  
1415 Marlton Pike East  
Suite 302  
Cherry Hill, NJ 08034

Isabel C. Balboa  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002

By /s/ Lorenzo Nunez  
    Lorenzo Nunez

xxxxx91924 / 1046731