Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−17001−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank V. Federico Jr.
aka Frank Federico
7417 Rudderow Avenue
Pennsauken, NJ 08109−2937

Cathy J. Federico
aka Cathy Cresthull, aka Cathy Jean Federico
7417 Rudderow Avenue
Pennsauken, NJ 08109−2937

Social Security No.:
  xxx−xx−0927                                 xxx−xx−7720

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 12, 2021.

Dated: November 12, 2021
JAN: har

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Frank V. Federico, Jr.  
Cathy J. Federico  
    Debtors

Case No. 21-17001-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Nov 12, 2021      Form ID: plncf13      Total Noticed: 79

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Frank V. Federico, Jr., Cathy J. Federico, 7417 Rudderow Avenue, Pennsauken, NJ 08109-2937 |
| 519327999 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519299731 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519299732 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519302326 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519299750 | + | First Bank NJ, 2465 Kuser Road, Suite 101, Trenton, NJ 08690-3310 |
| 519299751 | + | First Bank NJ, 1395 Yardville - Hamilton Square Road, Hamilton, NJ 08691-3390 |
| 519299753 | + | George and Shannon Probasco, 4326 Finlaw Avenue, 2nd Floor, Pennsauken, NJ 08109-2944 |
| 519299754 | + | George and Shannon Probasco, 4326 Finlaw Avenue, Second Floor, Pennsauken, NJ 08109-2944 |
| 519314923 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519299757 | + | John J. Sheerin, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 519299758 | + | John J. Sheerin, Esq., Mullooly Jeffrey Rooney & Flynn, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 519299760 | + | Lincon, LLC, 7417 Rudderow Avenue, Pennsauken, NJ 08109-2937 |
| 519299761 | + | Little Lake Lending, ATTN: ZenResolve, 11021 N. Tatum Blvd., Ste 300, PMB 9612, Phoenix, AZ 85028-3010 |
| 519299762 | + | Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519299763 | + | Makes Cents, Inc. dba MaxLend, PO Box 639, Parshall, ND 58770-0639 |
| 519299764 | + | Mullooly, Jeffrey, Rooney et al, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-4449 |
| 519299765 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519355455 | + | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519299769 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48266-0001 |
| 519299770 | + | Radius Global Solutions, 500 North Franklin Turnpike, Suite 200, Mail Code 747, Ramsey, NJ 07446-1160 |
| 519299771 | + | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519299772 | | Radius Global Solutions LLC, PO Box 357, Ramsey, NJ 07446-0357 |
| 519299773 | + | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519299775 | + | Raymond Thomas Guinn, 4326 Finlaw Avenue, First Floor, Pennsauken, NJ 08109-2944 |
| 519299776 | + | Raymond Thomas Quinn, 4326 Finlaw Avenue, 1st Floor, Pennsauken, NJ 08109-2944 |
| 519348634 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519299778 | | Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 519299777 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 363, Woodbury, NY 11797-0363 |
| 519299780 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519310944 | + | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519299779 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 519314156 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519299788 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519299783 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519299786 | + | The Home Depot, ATTN: Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519299787 | | The Home Depot, PO Box 689147, Des Moines, IA 50368-9147 |
| 519349180 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519299789 | + | US Small Business Administration, SBA Disaster Loan Service Center, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Case 21-17001-ABA  Doc 26  Filed 11/14/21  Entered 11/15/21 00:16:10  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: plncf13 | Total Noticed: 79 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519302925 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 12 2021 22:04:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519299734 | Email/Text: legal@arsnational.com | Nov 12 2021 22:04:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 519299733 | Email/Text: legal@arsnational.com | Nov 12 2021 22:04:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 519299735 | Email/Text: cms-bk@cms-collect.com | Nov 12 2021 22:04:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 519299736 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 12 2021 22:05:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519309688 | + Email/PDF: ebn_ais@aisinfo.com | Nov 12 2021 22:05:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519299742 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2021 22:05:51 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519299743 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2021 22:05:51 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519299744 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2021 22:05:51 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519299746 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2021 22:04:00 | Comenitybank/Jared, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 519299748 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 12 2021 22:05:51 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519310305 | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2021 22:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519302494 | Email/Text: mrdiscen@discover.com | Nov 12 2021 22:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519299749 | + Email/Text: mrdiscen@discover.com | Nov 12 2021 22:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519299745 | Email/Text: FMClaims@Firstmarkservices.com | Nov 12 2021 22:03:13 | Citizens Bank/fm, 121 South 13th Street, Lincoln, NE 68508 |
| 519299752 | Email/Text: bk@freedomfinancialnetwork.com | Nov 12 2021 22:03:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 519299747 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2021 22:04:00 | Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 519354888 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 12 2021 22:04:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519299737 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 12 2021 22:06:08 | Chase, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 519299738 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 12 2021 22:05:47 | Chase, ATTN: Correspondence, Dept/Bankruptcy, PO Box 15919, Wilmington, DE 19850 |
| 519299740 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 12 2021 22:05:54 | Chase, Cardmember Service, PO Box 15548, Wilmington, DE 19886-5548 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519299739 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 12 2021 22:05:45 | Chase, Cardmember Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 519299741 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 12 2021 22:05:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519309348 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 12 2021 22:03:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519299759 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 12 2021 22:03:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519302056 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2021 22:05:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519299766 | + | Email/Text: bnc@nordstrom.com | Nov 12 2021 22:04:51 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519299767 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2021 22:04:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519352414 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2021 22:05:57 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519350755 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2021 22:06:10 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519328641 | | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2021 22:04:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519324741 | | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2021 22:04:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519299768 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 12 2021 22:04:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519299781 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 12 2021 22:06:07 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519300141 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 12 2021 22:06:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519299782 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 12 2021 22:05:56 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519299784 | | Email/Text: bankruptcy@td.com | Nov 12 2021 22:04:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519299785 | | Email/Text: bankruptcy@td.com | Nov 12 2021 22:04:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519320632 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519299755 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 519299756 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519324357 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519299774 | *+ | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: plncf13 | Total Noticed: 79 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joel R. Spivack | on behalf of Joint Debtor Cathy J. Federico joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| Joel R. Spivack | on behalf of Debtor Frank V. Federico  Jr. joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6