Certificate Number: 15317-NJ-DE-036151669

Bankruptcy Case Number: 21-17001



15317-NJ-DE-036151669

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 19, 2021</u>, at <u>11:13</u> o'clock <u>AM PST</u>, <u>Cathy Federico</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:    <u>November 19, 2021</u>         By:    <u>/s/Mariel Macrohon</u>

Name:    <u>Mariel Macrohon</u>

Title:    <u>Counselor</u>