Certificate Number: 15317-NJ-DE-036155483

Bankruptcy Case Number: 21-17001



15317-NJ-DE-036155483

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 19, 2021</u>, at <u>11:13</u> o'clock <u>AM PST</u>, <u>Frank V Federico Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>November 22, 2021</u>

By:   <u>/s/Mariel Macrohon</u>

Name:  <u>Mariel Macrohon</u>

Title:  <u>Counselor</u>