UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Nissan Motor Acceptance
Corporation as servicing agent for Nissan-
Infiniti LT*

In re:

Frank V. Federico, Jr.
*aka* Frank Federico
Cathy J. Federico
*aka* Cathy Cresthull
*aka* Cathy Jean Federico

                                      Debtors.

Order Filed on January 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 21-17001-ABA

Hearing Date: January 11, 2022

Judge Andrew B. Altenburg Jr.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 11, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Nissan Motor Acceptance Corporation as servicing agent for Nissan-Infiniti LT ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2019 INFINITI QX60, VIN: 5N1DL0MM3KC520468**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

2

*rev.11/14/18*