UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Nissan Motor Acceptance Corporation as servicing agent for Nissan-Infiniti LT*

Order Filed on January 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Frank V. Federico, Jr.
*aka* Frank Federico
Cathy J. Federico
*aka* Cathy Cresthull
*aka* Cathy Jean Federico

Debtors.

Chapter: 13

Case No.: 21-17001-ABA

Hearing Date: January 11, 2022

Judge Andrew B. Altenburg Jr.

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 11, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Nissan Motor Acceptance Corporation as servicing agent for Nissan-Infiniti LT ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2019 INFINITI QX60, VIN: 5N1DL0MM3KC520468**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

rev.11/14/18

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17001-ABA |
| Frank V. Federico, Jr. | Chapter 13 |
| Cathy J. Federico | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Frank V. Federico, Jr., Cathy J. Federico, 7417 Rudderow Avenue, Pennsauken, NJ 08109-2937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joel R. Spivack | on behalf of Joint Debtor Cathy J. Federico joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| Joel R. Spivack | on behalf of Debtor Frank V. Federico Jr. joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 11, 2022 | Form ID: pdf903 | Total Noticed: 1
TOTAL: 7