UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Frank V. Federico & Cathy J. Federico,

Debtors.

Case No.:  21-17001-ABA

Chapter:  13

Hearing Date:  04/04/2023

Judge:  Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion for Relief from Stay re: 7417 Rudderow Avenue (Docket # 41)

_____

Date: 03/14/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*