**UNITED STATES BANRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

In re:

Frank V. Federico, Jr.
Cathy J. Federico
aka Frank Federico
aka Cathy Cresthull aka Cathy Jean Federico

Debtor(s).

Case No. 21-17001-ABA

Chapter 13

**NOTICE OF SATISFACTION OF PROOF OF CLAIM #25-1**

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that **Nissan-Infinity LT LLC fka Nissan-Infiniti LT c/o Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation** ("Creditor"), considers the Proof of Claim filed on **November 10, 2021** and assigned claim number **25-1,** satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 25-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: April 12, 2023

Respectfully submitted,
Bonial & Associates, P.C.

/s/ *Issa F. Kamara*

Issa Kamara
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation

4381-N-7014

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor | |
| In Re:<br><br>Frank V. Federico, Jr. and<br>Cathy J. Federico | Case No : 21-17001-ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr. |
| Debtors. | |

## CERTIFICATION OF SERVICE

1. I, <u>Issa Kamara</u>:

    ☒ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>04/12/2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Satisfaction of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

<br>

| | |
|---|---|
|        4/12/2023<br>Date | /s/ *Issa F. Kamara*<br>Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Frank V. Federico, Jr.<br>Cathy J. Federico<br>7417 Rudderow Avenue<br>Pennsauken, New Jersey 08109-2937 | Debtors | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule. Cite the rule if applicable. *) |
| Joel R. Spivack<br>Law Office of Joel R. Spivack<br>1415 Marlton Pike East<br>Suite 302<br>Cherry Hill, NJ 08034<br>joel@spivacklaw.com | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.