UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joel R. Spivack, Esq. JS005081994
Law Office of Joel R. Spivack
1415 Marlton Pike East, Suite 302
Cherry Hill, NJ 08034
(856) 488-1200
Counsel for Debtors

In Re:

Frank V. Federico, Jr. & Cathy J. Federico

Case No.: 21-17001
Chapter: 13
Adv. No.:
Hearing Date:
Judge: ABA

## CERTIFICATION OF SERVICE

1. I, __Joel R. Spivack, Esquire__ :

   ☒ represent __the Debtors__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __12-3-2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Debtor's Certification in Support of Motion To Approve Loan Modification
   Notice of Motion in Support of Motion To Approve Loan Modification
   Proposed Order on Motion for Authorization To Enter Into Final Loan Modification Agreement

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __12-3-2024__

/s/ Joel R. Spivack, Esquire
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Chapter 13 Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trusteee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other cm/ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>Martha Hildebrand, Assistant US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other cm/ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank & Cathy Federico<br>7417 Rudderow Avenue<br>Pennsauken, NJ 08109 | Debtors | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Acar Leasing LTD dba GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Department of the Treasury<br>Internal Revenue Service<br>Cincinatti, OH 45999-0030 | Priority Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other cm/ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey<br>Division of Taxation<br>Bankruptcy<br>PO Box 245<br>Trenton, NJ 08695 | Priority Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other cm/ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>701 Market Street #5000<br>Philadelphia, PA 19106 | Attorney For Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rocket Mortgage LLC fka Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Lease Trust<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nissan Infiniti LT<br>PO Box 9013<br>Addison, TX 75001 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*