Printed on: 12/31/2024
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-17001 (ABA)

Frank V. Federico, Jr. and Cathy J. Federico
7417 Rudderow Avenue
Pennsauken, NJ  08109-2937

Monthly Payment: $2,188.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $2,041.00 | 02/05/2024 | $2,041.00 | 02/26/2024 | $2,041.00 | 04/17/2024 | $2,041.00 |
| 06/14/2024 | $2,188.00 | 07/29/2024 | $2,188.00 | 09/03/2024 | $2,188.00 | 10/11/2024 | $2,188.00 |
| 10/17/2024 | $-2,188.00 | 10/18/2024 | $2,188.00 | 11/01/2024 | $2,188.00 | 11/06/2024 | $-2,188.00 |
| 11/15/2024 | $2,188.00 | 12/19/2024 | $2,200.00 | 12/27/2024 | $2,200.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FRANK V. FEDERICO, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL R. SPIVACK, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 1 | ARS NATIONAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARS NATIONAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $9,152.19 | $1,481.56 | $7,670.63 | $774.31 |
| 4 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL MANAGEMENT SERVICES, LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, N.A. | 33 | $21,454.58 | $3,473.11 | $17,981.47 | $1,815.17 |
| 7 | ACAR LEASING LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, N.A. | 33 | $11,504.32 | $1,862.32 | $9,642.00 | $973.33 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $3,281.60 | $531.23 | $2,750.37 | $277.63 |
| 10 | CHASE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JPMORGAN CHASE BANK, N.A. | 33 | $28,521.61 | $4,617.10 | $23,904.51 | $2,413.09 |
| 12 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK NORTH AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,099.67 | $663.69 | $3,435.98 | $346.87 |
| 15 | CITIZENS BANK, N.A. | 33 | $66,293.40 | $10,731.71 | $55,561.69 | $5,608.79 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $2,159.67 | $349.58 | $1,810.09 | $182.70 |
| 17 | DEPARTMENT STORES NATIONAL BANK | 33 | $2,065.67 | $334.41 | $1,731.26 | $174.78 |
| 18 | DEPARTMENT OF THE TREASURY | 28 | $18,471.73 | $18,471.73 | $0.00 | $63.77 |
| 19 | DISCOVER BANK | 33 | $17,941.93 | $2,904.44 | $15,037.49 | $1,517.98 |
| 20 | FIRST BANK NJ | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | FIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP, LLC | 33 | $8,008.32 | $1,296.45 | $6,711.87 | $677.57 |
| 23 | GEORGE AND SHANNON PROBASCO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | GEORGE AND SHANNON PROBASCO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | DEPARTMENT OF THE TREASURY | 33 | $303.83 | $49.18 | $254.65 | $25.69 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | JOHN J. SHEERIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | JOHN J. SHEERIN, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | KOHL'S | 33 | $1,882.99 | $304.80 | $1,578.19 | $159.31 |
| 30 | LINCON, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | LITTLE LAKE LENDING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | LVNV FUNDING, LLC | 33 | $595.60 | $96.37 | $499.23 | $50.38 |
| 33 | MAKES CENTS, INC. DBA MAXLEND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LVNV FUNDING, LLC | 33 | $14,371.51 | $2,326.47 | $12,045.04 | $1,215.90 |
| 35 | NISSAN-INFINITI LT | 33 | $26.83 | $26.83 | $0.00 | $109.70 |
| 36 | NORDSTROM, INC. | 33 | $549.00 | $88.87 | $460.13 | $46.44 |
| 37 | Office of the U.S. Trustee | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | ROCKET MORTGAGE, LLC | 24 | $1,826.90 | $1,826.90 | $0.00 | $0.00 |
| 39 | QUICKEN LOANS, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | LVNV FUNDING, LLC | 33 | $10,315.41 | $1,669.84 | $8,645.57 | $872.73 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $9,118.25 | $1,476.09 | $7,642.16 | $771.44 |
| 43 | RADIUS GLOBAL SOLUTIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | RADIUS GLOBAL SOLUTIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | RAYMOND THOMAS GUINN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | RAYMOND THOMAS QUINN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | SELIP & STYLIANOU, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | SELIP & STYLIANOU, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | STATE OF NEW JERSEY | 28 | $2,165.61 | $2,165.61 | $0.00 | $7.48 |
| 51 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | LVNV FUNDING, LLC | 33 | $8,702.37 | $1,408.77 | $7,293.60 | $736.26 |
| 53 | TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | THE HOME DEPOT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | THE HOME DEPOT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | TOYOTA LEASE TRUST | 28 | $734.69 | $734.69 | $0.00 | $60.03 |
| 59 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | US SMALL BUSINESS ADMINISTRATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | CATHY J. FEDERICO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | FRANK V. FEDERICO JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | JOEL R. SPIVACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | DEPARTMENT STORES NATIONAL BANK | 33 | $4,249.44 | $687.90 | $3,561.54 | $359.54 |
| 66 | TD BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | TD BANK, N.A. | 33 | $408.96 | $66.21 | $342.75 | $34.62 |
| 68 | TD BANK, N.A. | 33 | $13,279.13 | $2,149.63 | $11,129.50 | $1,123.47 |
| 69 | TOYOTA LEASE TRUST | 33 | $7,716.50 | $651.42 | $7,065.08 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-17001 (ABA)

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2021 | 31.00 | $0.00 |
| 05/01/2024 | Paid to Date | $61,132.00 |
| 06/01/2024 | 28.00 | $2,188.00 |
| 10/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $23,504.00 |
| Total paid to creditors this period: | $20,398.98 |
| Undistributed Funds on Hand: | $3,960.00 |
| Arrearages: | ($24.00) |
| Attorney: | JOEL R. SPIVACK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**