

| Date | Payee | Type | Status | Amount | TFS Fee |
|---|---|---|---|---|---|
| March 28, 2025 | Andrew Finberg | Manual Debtor Payment | Complete | $2,560.00 | $7.99 |