Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  21−17001−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Frank V. Federico Jr.                                          Cathy J. Federico
   aka Frank Federico                                            aka Cathy Cresthull, aka Cathy Jean
   7417 Rudderow Avenue                                   Federico
   Pennsauken, NJ 08109−2937                       7417 Rudderow Avenue
                                                                       Pennsauken, NJ 08109−2937

Social Security No.:
   xxx−xx−0927                                                          xxx−xx−7720

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 5/16/25 at 09:00 AM

to consider and act upon the following:

*59* – Certification in Opposition to (related document:58 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 04/17/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Joel R. Spivack on behalf of Cathy J. Federico, Frank V. Federico Jr.. (Spivack, Joel)

Dated: 4/9/25

                                                                               Jeanne Naughton
                                                                               Clerk, U.S. Bankruptcy Court