**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-17001 (ABA)**

Frank V. Federico, Jr. and Cathy J. Federico
7417 Rudderow Avenue
Pennsauken, NJ 08109-2937

Monthly Payment: $2,550.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/04/2025 | $2,560.00 | 05/01/2025 | $2,560.00 | 05/22/2025 | $2,575.00 | 07/30/2025 | $2,570.00 |
| 08/27/2025 | $2,570.00 | 09/24/2025 | $2,570.00 | 10/29/2025 | $2,580.00 | 11/26/2025 | $2,570.00 |
| 12/29/2025 | $2,570.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FRANK V. FEDERICO, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL R. SPIVACK, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 1 | ARS NATIONAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARS NATIONAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $9,152.19 | $2,318.25 | $6,833.94 | $707.25 |
| 4 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL MANAGEMENT SERVICES, LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, N.A. | 33 | $21,454.58 | $5,434.51 | $16,020.07 | $1,657.94 |
| 7 | ACAR LEASING LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, N.A. | 33 | $11,504.32 | $2,914.05 | $8,590.27 | $888.99 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $3,281.60 | $831.24 | $2,450.36 | $253.60 |
| 10 | CHASE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JPMORGAN CHASE BANK, N.A. | 33 | $28,521.61 | $7,224.55 | $21,297.06 | $2,204.01 |
| 12 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK NORTH AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,099.67 | $1,038.47 | $3,061.20 | $316.82 |
| 15 | CITIZENS BANK, N.A. | 33 | $66,293.40 | $16,792.26 | $49,501.14 | $5,122.92 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $2,159.67 | $547.03 | $1,612.64 | $166.88 |
| 17 | DEPARTMENT STORES NATIONAL BANK | 33 | $2,065.67 | $523.26 | $1,542.41 | $159.63 |
| 18 | DEPARTMENT OF THE TREASURY | 28 | $18,471.73 | $18,471.73 | $0.00 | $0.00 |
| 19 | DISCOVER BANK | 33 | $17,941.93 | $4,544.70 | $13,397.23 | $1,386.46 |
| 20 | FIRST BANK NJ | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | FIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP, LLC | 33 | $8,008.32 | $2,028.57 | $5,979.75 | $618.88 |
| 23 | GEORGE AND SHANNON PROBASCO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | GEORGE AND SHANNON PROBASCO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | DEPARTMENT OF THE TREASURY | 33 | $303.83 | $54.06 | $249.77 | $23.49 |
| 26 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | JOHN J. SHEERIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | JOHN J. SHEERIN, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | KOHL'S | 33 | $1,882.99 | $476.95 | $1,406.04 | $145.49 |
| 30 | LINCON, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | LITTLE LAKE LENDING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | LVNV FUNDING, LLC | 33 | $595.60 | $105.93 | $489.67 | $45.99 |
| 33 | MAKES CENTS, INC. DBA MAXLEND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LVNV FUNDING, LLC | 33 | $14,371.51 | $3,640.33 | $10,731.18 | $1,110.57 |
| 35 | NISSAN-INFINITI LT | 33 | $26.83 | $26.83 | $0.00 | $0.00 |
| 36 | NORDSTROM, INC. | 33 | $549.00 | $97.68 | $451.32 | $42.43 |
| 37 | Office of the U.S. Trustee | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | ROCKET MORTGAGE, LLC | 24 | $1,826.90 | $1,826.90 | $0.00 | $0.00 |
| 39 | QUICKEN LOANS, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | LVNV FUNDING, LLC | 33 | $10,315.41 | $2,612.89 | $7,702.52 | $797.11 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $9,118.25 | $2,309.67 | $6,808.58 | $704.65 |
| 43 | RADIUS GLOBAL SOLUTIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | RADIUS GLOBAL SOLUTIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | RAYMOND THOMAS GUINN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | RAYMOND THOMAS QUINN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | SELIP & STYLIANOU, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | SELIP & STYLIANOU, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | STATE OF NEW JERSEY | 28 | $2,165.61 | $2,165.61 | $0.00 | $0.00 |
| 51 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | LVNV FUNDING, LLC | 33 | $8,702.37 | $2,204.34 | $6,498.03 | $672.51 |
| 53 | TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | THE HOME DEPOT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | THE HOME DEPOT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | TOYOTA LEASE TRUST | 28 | $734.69 | $734.69 | $0.00 | $0.00 |
| 59 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | US SMALL BUSINESS ADMINISTRATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | CATHY J. FEDERICO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | FRANK V. FEDERICO JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | JOEL R. SPIVACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | DEPARTMENT STORES NATIONAL BANK | 33 | $4,249.44 | $1,076.60 | $3,172.84 | $328.36 |
| 66 | TD BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | TD BANK, N.A. | 33 | $408.96 | $103.62 | $305.34 | $31.59 |
| 68 | TD BANK, N.A. | 33 | $13,279.13 | $3,364.33 | $9,914.80 | $1,026.16 |
| 69 | TOYOTA LEASE TRUST | 33 | $7,716.50 | $1,422.52 | $6,293.98 | $651.42 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2021 | 43.00 | $0.00 |
| 05/01/2025 | Paid to Date | $81,592.00 |
| 06/01/2025 | 16.00 | $2,550.00 |
| 10/01/2026 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 21-17001 (ABA)**

| | |
|---|---|
| Total payments received this period: | $23,125.00 |
| Total paid to creditors this period: | $19,063.15 |
| Undistributed Funds on Hand: | $2,327.84 |
| Arrearages: | ($155.00) |
| Attorney: | JOEL R. SPIVACK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**