Certificate Number: 13861-NJ-DE-041431043

Bankruptcy Case Number: 21-17001

13861-NJ-DE-041431043

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2026, at 6:24 o'clock PM PDT, Frank V. Federico, Jr. completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: September 10, 2026

By: /s/Lucia Gonzalez

Name: Lucia Gonzalez

Title: Counselor