| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Frank V. Federico, Jr. & Cathy J. Federico | Case No.: 21-17001<br>Chapter: 13<br>Judge: ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Cathy J. Federico, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/1/2026

/s/ Cathy J. Federico
Debtor's Signature

**<u>IMPORTANT</u>:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*